**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-20065-CR-ALTONAGA**

**UNITED STATES OF AMERICA**

**vs.**

**GREGORIO MANUEL ANCHUNDIA-MOLINA,**

    **Defendants.**

_____/

## OBJECTIONS TO PRE-SENTENCE INVESTIGATION REPORT

Defendant, **GREGORIO MANUEL ANCHUNDIA-MOLINA**, by and through undersigned counsel, files his Objections to the Pre-Sentence Investigation Report ("PSR") as follows:

**OBJECTION TO PART A. THE OFFENSE:**
**Role Assessment - PARAGRAPH 14**
**Adjustment for the Role – PARAGRAPH 24**

Defendant objects as he qualifies for a four point minimal role adjustment especially in light of the § 3B1.2 guideline amendments applicable to drug couriers which are to take effect on November 1, 2025. See *United States vs. Maciel*, 2025 WL 1822905 (S.D. Cal. June 30, 2025) ("He acted only and purely as a drug courier, and therefore a 4-level downward adjustment under §§ 3B1.2(a) and 2D1.1(e)(2)(B)(i) and a base level of 30 are warranted under the upcoming amendments to the Sentencing Guidelines").

**OBJECTION TO PART A. THE OFFENSE:**
**Adjustment for Obstruction of Justice – PARAGRAPH 16 and 17**
**Adjustment for Acceptance of Responsibility – PARAGRAPH 19**
**Offense Level Computation – PARAGRAPH 21, 24, 25, 26 and 30**

Defendant objects to paragraphs 16, 17, and 25 of the PSR wherein the USPO makes a determination that an adjustment for obstruction of justice is warranted. Defendant was not in control

1

of the vessel and did not recklessly create a substantial risk of bodily injury to others in the course of fleeing from law enforcement.

Defendant objects to not receiving a two point safety-valve adjustment to his guidelines calculations as he has provided a safety valve proffer through counsel and is ready, willing and able to debrief before sentencing.

Defendant objects to a base offense level of 38 in paragraph 21 as he qualifies for a minimal role adjustment under § 3B1.2(a) especially in light of the guideline amendments for drug couriers which are to take effect on November 1,2025. Specifically, U.S.S.G. §3B1.2 Application Note 3(A) states that:"a defendant who is convicted of a drug trafficking offense, whose participation in that offense was limited to transporting or storing drugs and who is accountable under §1B1.3 only for the quantity of drugs the defendant personally transported or stored may receive an adjustment under this guideline."

Defendant objects to paragraph 24 as he should receive a minimal role adjustment as a drug transporter under §3B1.2(a).

Defendant objects again to paragraph 25 as he did not recklessly create a substantial risk of death or serious bodily injury to another person in the course of fleeing from law enforcement.

Defendant objects in paragraph 26 to an adjusted offense level of 40.  Consequently, Defendant also objects to paragraph 30 when factoring the preceding objections the correct calculation would result in a total offense level of 23.

**OBJECTION TO PART D. SENTENCING OPTIONS:**
**Guideline Provisions - PARAGRAPHS 64**

Defendant maintains the previous applicable objections as they apply to this section.  As a result, Defendant's total offense level is a 23. Therefore, the guideline imprisonment range is 46 to

57 months under Zone D of USSG.

## OBJECTION TO PART E.
## FACTORS THAT MAY WARRANT DEPARTURE: PARAGRAPH 73

Mr. Morales objects to this conclusion as it flies in the face of the information contained in this very PSR and contrary to law pursuant to 18 U.S.C. § 3553 that states the factors the Court must consider when fashioning an appropriate sentence.

**Law Office of Robert M. Perez, P.A.**
*Counsel for Defendant*
3162 Commodore Plaza, Suite 3E
Coconut Grove, Florida 33133
(305) 598-8889 - Office
E-mail: rperez@rmplawpa.com
**S/Robert M. Perez..................**
**ROBERT M. PEREZ**
Florida Bar Number: 477494

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed electronically via CM/ECF on this 5th day of August 2025.

**S/Robert M. Perez..................**
**ROBERT M. PEREZ**